IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAY 16 2002
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., ) ) ) Plaintiffs, ) ) v. ) ) BALLARD REALTY MANAGEMENT COMPANY, INC., et al., ) ) ) Defendants. ) ) | CIVIL ACTION 01-D-276-N |

## JUDGMENT

In accordance with the attached Memorandum Opinion and Order and Rule 58 of the Federal Rules of Civil Procedure, it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Defendants Ballard Realty Management Company, Inc., and Ballard Realty Company, Inc., and against Plaintiff Equal Employment Opportunity Commission and Plaintiff-Intervenor Pamela Jodie Harris, and that Plaintiffs take nothing by their said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby taxed against Plaintiff Equal Employment Opportunity Commission, for which let execution issue.

DONE this 16th day of May, 2002.

EOD 5/16/02

_____
SENIOR UNITED STATES DISTRICT JUDGE