IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 02-13909-IJ

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Appellant,

PAMELA JODIE HARRIS,

Intervenor-Plaintiff-Appellant,

versus

BALLARD REALTY MANAGEMENT COMPANY, INC.,
BALLARD REALTY COMPANY, INC.,

Defendants-Appellees.

_____

On Appeal from the United States District Court for the
Middle District of Alabama

_____

BEFORE: DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

The Appellants' motions to dismiss their appeals with prejudice, due to settlement, with the parties bearing their own costs and attorneys' fees, are GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: April Richards
Deputy Clerk
Atlanta, Georgia